UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA PALMER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ILG TECHNOLOGIES, LLC d/b/a ILG Information Technologies,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-4866-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 22th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/ A. Hogan
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 22, 2021
Kevin P. Weimer
Clerk of Court

By: s/ A. Hogan
　　　　Deputy Clerk